UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CARMONA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MONTEREY, and others,<br><br>　　　　　Defendants. | Case No. 23-cv-04318 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED** |

　　　　Plaintiff Angel Carmona has not advanced this case since filing the Complaint on August 23, 2023. Specifically, Carmona did not pay the case filing fee or an application to proceed in forma pauperis without paying the fee; did not respond to the Clerk's notice issued November 17, 2023, providing plaintiff Notice and an opportunity to cure (ECF 9); did not timely file a case management statement by November 22, 2023 (ECF 8, setting deadline); did not file a consent or declination to the jurisdiction of a magistrate judge (ECF 6 and 7, requesting filing); and has not provided notice that Defendants have been served with the summons and complaint (Fed. R. Civ. P. 4(m)).

　　　　Consequently, Carmona's counsel must appear by telephone on November 29, 2023, at 10:00 a.m. to show cause as to why this case should not be dismissed without prejudice for failure to prosecute, failure to respond to Court orders, and failure to serve

1  under Rule 4(m).  To access the hearing, please call telephone number 888.684.8852 and
2  enter access code 1557087.  This will be the first case called.
3       Carmona's counsel is ordered to provide a copy of this Order to Carmona.
4  **IT IS SO ORDERED.**

6  Dated:  November 27, 2023      _____
7          NATHANAEL M. COUSINS
        United States Magistrate Judge